**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ADRIENNE CROSKEY,

                 Plaintiff,

            -against-

HOME DEPOT U.S.A., INC.,

                 Defendant.
-------------------------------------------------------------------------X

**25 Civ. 9220 (ALC) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

Pursuant to the Court's order on March 25, 2026, the stay for pending discovery deadlines in this matter expired on Friday, April 24, 2026.  (Dkt. No. 21).  The parties have not requested an extension of that stay or otherwise notified the Court that a settlement has been finalized.  Accordingly, the parties shall provide a joint status letter by no later than Friday, May 1, 2026, detailing whether a settlement has been finalized in this matter, whether the parties request an extension on the stay in this action, or whether the parties plan to proceed with discovery and, if so, whether either party seeks to modify the previously set discovery schedule.

       **SO ORDERED.**

DATED:     New York, New York
            April 27, 2026

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge